Jeffrey Federspiel, Bar No. 23499
jeffrey@hkkhlfirm.com
Lloyd Hoffman, Bar No. 147677
lloyd@hkkhlfirm.com
HOFFMAN KELLEY LOPEZ LLP
1700 Louisiana Boulevard NE, Suite 200
Albuquerque, NM  87110
Telephone: (505) 346-3130


Jeffrey N. Labovitch *(non-admitted member)*
jlabovitch@nicolaidesllp.com
Dawn A. Hove *(non-admitted member)*
dhove@nicolaidesllp.com
NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
4250 Executive Square, Suite 540
La Jolla, CA  92037-1482
Telephone: (858) 257-0700


# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| PULTE HOMES OF NEW MEXICO, INC., a Michigan corporation; PULTE DEVELOPMENT NEW MEXICO, INC., a Michigan corporation<br><br>       Plaintiffs,<br><br>  v.<br><br>CENTRAL MUTUAL INSURANCE COMPANY, an Ohio corporation, HDI GLOBAL SPECIALTY SE fka INTERNATIONAL INSURANCE OF HANNOVER, a New York corporation, SENTINEL INSURANCE COMPANY, LTD, a Connecticut corporation; GEMINI INSURANCE COMPANY, a Delaware corporation; COLORADO CASUALTY COMPANY, a New Hampshire corporation, THE CINCINNATI INSURANCE COMPANY, an Ohio corporation, THE CINCINNATI CASUALTY COMPANY, an Ohio corporation; DONEGAL MUTUAL | CIVIL NO. 1:21-CV-00996 |

INSURANCE COMPANY fka MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a Pennsylvania corporation, FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation, HARTFORD CASUALTY INSURANCE COMPANY, a New Jersey corporation; CLARENDON NATIONAL INSURANCE COMPANY, as successor in interest by way of merger with Sussex Insurance Company fka as Companion Property and Casualty Insurance Company, a Texas corporation; ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; FIRST MERCURY INSURANCE COMPANY, a Delaware corporation; CENTURY SURETY COMPANY, an Ohio corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation; OHIO CASUALTY INSURANCE COMPANY, a New Hampshire corporation; AMERICAN STATES INSURANCE COMPANY, an Indiana corporation; NAVIGATORS INSURANCE COMPANY, a New York corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; STARR INDEMNITY & LIABILITY COMPANY, a Texas corporation; WESTFIELD INSURANCE COMPANY, an Ohio corporation; AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a Texas corporation; SOUTHERN INSURANCE COMPANY, a Texas corporation; NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, an Illinois corporation; WEST AMERICAN INSURANCE COMPANY, an Indiana corporation; STARR SURPLUS LINES INSURANCE COMPANY, a Texas corporation; ENDURANCE AMERICAN INSURANCE COMPANY, a Delaware corporation; OLD REPUBLIC INSURANCE COMPANY, a

Pennsylvania corporation; KNIGHT SPECIALTY INSURANCE COMPANY, a Delaware corporation,

Defendants.

## <u>NOTICE OF GOOD STANDING, NON-MEMBER ATTORNEY, DAWN A. HOVE</u>

Pursuant to D.N.M.LR 83.3(a), I hereby certify that the non-member attorney, Dawn A. Hove is a member in good standing of the bar of a state, a territory, or the District of Columbia.

Dated: January 4, 2022          HOFFMAN KELLEY LOPEZ LLP

By _____
Jeffrey Federspiel
Lloyd Hoffman
1700 Louisiana Boulevard NE,
Suite 200
Albuquerque, NM  87110
Telephone: (505) 346-3130
jeffrey@hkkhlfirm.com
lloyd@hkkhlfirm.com

NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
Jeffrey N. Labovitch *(non-admitted member)*
Dawn A. Hove *(non-admitted member)*
4250 Executive Square, Suite 540
La Jolla, CA  92037-1482
Telephone: (858) 257-0703
jlabovitch@nicolaidesllp.com
dhove@nicolaidesllp.com

Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pa.