Scott S. Thomas, Bar No. 106720
sst@paynefears.com
Sarah J. Odia, Bar No.
sjo@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW MEXICO

| | |
|---|---|
| PULTE HOMES OF NEW MEXICO, INC., a Michigan corporation; PULTE DEVELOPMENT NEW MEXICO, INC., a Michigan corporation, | Case No. 1:21-cv-00996-JB-JHR |
| | The Hon. James O. Browning |
| Plaintiff, | **VOLUNTARY DISMISSAL OF DEFENDANT SOUTHERN INSURANCE COMPANY WITH PREJUDICE** |
| v. | |
| CENTRAL MUTUAL INSURANCE COMPANY, an Ohio corporation; HDI GLOBAL SPECIALTY SE fka INTERNATIONAL INSURANCE OF HANNOVER, a New York corporation; SENTINEL INSURANCE COMPANY, LTD, a Connecticut corporation; GEMINI INSURANCE COMPANY, a Delaware corporation; COLORADO CASUALTY COMPANY, a New Hampshire corporation; THE CINCINNATI INSURANCE COMPANY, an Ohio corporation; THE CINCINNATI CASUALTY COMPANY, an Ohio corporation; DONEGAL MUTUAL INSURANCE COMPANY fka MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a Pennsylvania corporation; FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation; HARTFORD CASUALTY INSURANCE COMPANY, a New Jersey corporation; CLARENDON NATIONAL INSURANCE COMPANY, as successor in interest by way of merger with Sussex Insurance Company fka as | |

Companion Property and Casualty Insurance
Company, a Texas corporation; ACE
AMERICAN INSURANCE COMPANY, a
Pennsylvania corporation; FIRST MERCURY
INSURANCE COMPANY, a Delaware
corporation; CENTURY SURETY
COMPANY, an Ohio corporation; UNITED
SPECIALTY INSURANCE COMPANY, a
Delaware corporation; OHIO CASUALTY
INSURANCE COMPANY, a New Hampshire
corporation; AMERICAN STATES
INSURANCE COMPANY, an Indiana
corporation; NAVIGATORS INSURANCE
COMPANY, a New York corporation;
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, a
Pennsylvania corporation; STARR
INDEMNITY & LIABILITY COMPANY, a
Texas corporation; WESTFIELD
INSURANCE COMPANY, an Ohio
corporation; AMERICAN HALLMARK
INSURANCE COMPANY OF TEXAS, a
Texas corporation; SOUTHERN
INSURANCE COMPANY, a Texas
corporation; NATIONAL FIRE INSURANCE
COMPANY OF HARTFORD, an Illinois
corporation; WEST AMERICAN
INSURANCE COMPANY, an Indiana
corporation; STARR SURPLUS LINES
INSURANCE COMPANY, a Texas
corporation; ENDURANCE AMERICAN
INSURANCE COMPANY, a Delaware
corporation; OLD REPUBLIC INSURANCE
COMPANY, a Pennsylvania corporation;
KNIGHT SPECIALTY INSURANCE
COMPANY, a Delaware corporation,

Defendants.

## VOLUNTARY DISMISSAL OF DEFENDANT SOUTHERN INSURANCE COMPANY WITH PREJUDICE

Pursuant to F.R.C.P. 41(a), Plaintiffs PULTE HOMES OF NEW MEXICO, INC. and

PULTE DEVELOPMENT NEW MEXICO, INC. ("Plaintiffs"), through counsel, hereby dismiss

/ / /

/ / /

their claims against Defendant SOUTHERN INSURANCE COMPANY, with prejudice, each

party to bear its own fees and costs.

DATED:  December 8, 2022            PAYNE & FEARS LLP


By:   _/s/ Sarah J. Odia_____
       Scott S. Thomas, Bar No. 21-275
       Sarah J. Odia, Bar No. 21-279
       4 Park Plaza, Suite 1100
       Irvine, CA 92614
       *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December, 2022, a true and correct copy

of **VOLUNTARY DISMISSAL OF DEFENDANT SOUTHERN INSURANCE COMPANY**

**WITH PREJUDICE** was served via the United States District Court CM/ECF system on all

parties or persons requiring notice.

By   */s/ Jennifer Stephens*
　　　Jennifer R. Stephens, an Employee of
　　　PAYNE & FEARS LLP