**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

PULTE HOMES OF NEW MEXICO, INC.,
et al.,

   *Plaintiffs.*

             Civil No. 1:21-cv-00996-JB-JHR

v.

CENTRAL MUTUAL INSURANCE
COMPANY, et al.,

   *Defendants.*

**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS AGAINST**
**DEFENDANT UNITED SPECIALTY INSURANCE COMPANY FOR**
**<u>POLICY NUMBER TWG42000442</u>**

IT IS HEREBY STIPULATED by and between Plaintiffs Pulte Homes of New Mexico,

Inc. and Pulte Development New Mexico, Inc. ("Plaintiffs") and Defendant United Specialty

Insurance Company for Policy Number TWG42000442, by and through their respective attorneys

of record, that Plaintiffs' claims against Defendant United Specialty Insurance Company for Policy

Number TWG42000442, as asserted in Plaintiffs' First Amended Complaint (Doc. 242) shall be

dismissed with prejudice pursuant to FRCP 41(a)(1). Each party shall bear their own attorneys'

fees and costs.

Dated: July 27, 2023

PAYNE & FEARS LLP
By: */s/ Sarah J. Odia* (with permission)
Scott S. Thomas, Bar No. 21-275
Sarah J. Odia, Bar No. 21-279
4 Park Plaza, Suite 1100
Irvine, California 92614
Attorneys for Plaintiffs

THOMPSON, COE, COUSINS & IRONS,
LLP
By: */s/ Christina A. Culver*
Stephanie M. Krueger, NM Bar No. 146290
Christina A. Culver, Bar No. 24078388
1 Riverway Drive, Suite 1400
Houston, Texas 77056
Attorneys for Defendant United Specialty
Insurance Company for Policy No.
TWG43000442