Scott S. Thomas, Bar No. 106720
sst@paynefears.com
Sarah J. Odia, Bar No.
sjo@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW MEXICO

| | |
|---|---|
| PULTE HOMES OF NEW MEXICO, INC., a Michigan corporation; PULTE DEVELOPMENT NEW MEXICO, INC., a Michigan corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>CENTRAL MUTUAL INSURANCE COMPANY, an Ohio corporation; HDI GLOBAL SPECIALTY SE fka INTERNATIONAL INSURANCE OF HANNOVER, a New York corporation; SENTINEL INSURANCE COMPANY, LTD, a Connecticut corporation; GEMINI INSURANCE COMPANY, a Delaware corporation; COLORADO CASUALTY COMPANY, a New Hampshire corporation; THE CINCINNATI INSURANCE COMPANY, an Ohio corporation; THE CINCINNATI CASUALTY COMPANY, an Ohio corporation; DONEGAL MUTUAL INSURANCE COMPANY fka MOUNTAIN STATES MUTUAL CASUALTY COMPANY, a Pennsylvania corporation; FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation; HARTFORD CASUALTY INSURANCE COMPANY, a New Jersey corporation; CLARENDON NATIONAL INSURANCE COMPANY, as successor in interest by way of merger with Sussex Insurance Company fka as | Case No. 1:21-cv-00996-MLG-JMR<br><br>**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANTS THE CINCINNATI INSURANCE COMPANY AND THE CINCINNATI CASUALTY COMPANY (ECF No. 242)** |

Companion Property and Casualty Insurance Company, a Texas corporation; ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; FIRST MERCURY INSURANCE COMPANY, a Delaware corporation; CENTURY SURETY COMPANY, an Ohio corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation; OHIO CASUALTY INSURANCE COMPANY, a New Hampshire corporation; AMERICAN STATES INSURANCE COMPANY, an Indiana corporation; NAVIGATORS INSURANCE COMPANY, a New York corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; STARR INDEMNITY & LIABILITY COMPANY, a Texas corporation; WESTFIELD INSURANCE COMPANY, an Ohio corporation; AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a Texas corporation; SOUTHERN INSURANCE COMPANY, a Texas corporation; NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, an Illinois corporation; WEST AMERICAN INSURANCE COMPANY, an Indiana corporation; STARR SURPLUS LINES INSURANCE COMPANY, a Texas corporation; ENDURANCE AMERICAN INSURANCE COMPANY, a Delaware corporation; OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; KNIGHT SPECIALTY INSURANCE COMPANY, a Delaware corporation,

        Defendants.

**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANTS THE CINCINNATI INSURANCE COMPANY AND THE CINCINNATI CASUALTY COMPANY (ECF No. 242)**

IT IS HEREBY STIPULATED by and between Plaintiffs Pulte Homes of New Mexico, Inc. and Pulte Development New Mexico, Inc. ("Plaintiffs") and Defendants The Cincinnati Insurance Company and The Cincinnati Casualty Company, by and through their respective attorneys of record, that Plaintiffs' claims against Defendants The Cincinnati Insurance

Company and The Cincinnati Casualty Company, as asserted in Plaintiffs' First Amended Complaint (ECF No. 242) shall be dismissed with prejudice pursuant to FRCP 41(a)(1).  Each party shall bear their own attorneys' fees and costs.

| | |
|---|---|
| Dated: October 13, 2023 | Dated: October 18, 2023 |
| PAYNE & FEARS LLP | EVANS & CO. |
| By: */s/ Sarah J. Odia* | By: */s/ Robert C. Evans* |
| Scott S. Thomas, Bar No. 21-275<br>Sarah J. Odia, Bar No. 21-279<br>4 Park Plaza, Suite 1100<br>Irvine, California 92614<br>Attorneys for Plaintiffs | Robert C. Evans, Esq.<br>John A. Frase, Esq.<br>Charles A. Armgardt, Esq.<br>2844 East Main Street, Suite 106, #283<br>Farmington, NM 87402<br>Attorneys for Defendants The Cincinnati Insurance Company and The Cincinnati Casualty Company |

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2023, a true and correct copy of **STIPULATION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANTS THE CINCINNATI INSURANCE COMPANY AND THE CINCINNATI CASUALTY COMPANY (ECF No. 242)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Jennifer Stephens*
Jennifer R. Stephens, an Employee of
PAYNE & FEARS LLP

4854-7476-8519.1